**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| THERESA BROOKE,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>H&K PARTNERSHIP, a California partnership dba Best Economy Inn & Suites,<br><br>　　　　Defendant. | Case No.: 1:16-cv-1406-AWI-JLT<br><br>ORDER RELATING CASES |
| THERESA BROOKE,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>SKIVSHAKTI HOSPITALITY, INC., dba Holiday Inn Express Merced,<br><br>　　　　Defendant. | Case No.: 1:16-cv-1613-LJO-SKO |

　　In each of the cases listed in the caption, the plaintiff complains that each of the defendants acted/failed to act in nearly the identical, if not the identical, manner related to compliance with the Americans with Disabilities Act.

　　The Court's review of the cases reveals that the actions are related, as that term is defined in Local Rule 123. The actions involve overlapping questions of law and fact and are based on the same or similar claim and assignment to the same Magistrate Judge is likely to effect a substantial savings

1

1  of judicial effort.  Thus, the Court **ORDERS**:

2      1.    The cases noted above **SHALL** be related;

3      2.    Each of the cases, not already assigned to the docket of Magistrate Judge Jennifer L.

4  Thurston, SHALL be reassigned with the assigned District Judge remaining the same.

6  IT IS SO ORDERED.

7    Dated:   **November 7, 2016**               **/s/ Jennifer L. Thurston**
8                                                                           UNITED STATES MAGISTRATE JUDGE